UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 20-03540-PA (PD)                                                            Date: May 18, 2020

Title    Manuel Antonio Gonzalez, III v. Warden of R.J. Donovan Correct. Facility

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:          Attorneys Present for Respondent:

N/A                                                              N/A

**Proceedings:**   (In Chambers) Order Denying Petitioner's Request that His Case be "Remanded to Trial Court" (Dkt. No. 7.)

Before the Court is Petitioner's request that his case be remanded to the trial court for a retrial due to inconsistencies. (Dkt. No. 7.) The Court hereby denies Petitioner's request.

:
Initials of Preparer   im