JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ, III, ) | Case No. CV 20-03540-PA (PD) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| PATRICK COVELLO, Acting Warden,[1] ) | |
| Respondent. ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUGED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 18, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

---

[1] Patrick Covello, Acting Warden of the Richard J. Donovan Correctional Facility, where Petitioner is currently incarcerated, is substituted for the Respondent identified by title only in the Petition. *See* Fed. R. Civ. P. 25(d).